# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA – NORTHERN DIVISION

| | |
|---|---|
| PORT OF SUBS, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TAHOE INVESTMENTS, INC., a California corporation; MICHAEL GIESLER, individually, MICHELE GIESLER, individually<br><br>Defendants. | Case No.:   3:16-CV-00411-LRH-VPC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, PORT OF SUBS, INC., by and through its counsel, James M. Walsh, Esq. of Walsh, Baker & Rosevear and Defendants, TAHOE INVESTMENTS, INC., a California corporation, MICHAEL GIESLER and MICHELE GIESLER, by and through their counsel, Charles E. Koller, Esq. of Thornton-Koller and David C. O'Mara, Esq. of The O'Mara Law Firm, that this matter be dismissed with prejudice with each party to bear their own fees and costs.

DATED: 7/24/17

WALSH, BAKER & ROSEVEAR

JAMES M. WALSH, ESQ. (NSB #796)
9468 Double R Blvd., Suite A
Reno, Nevada 89521
*Attorneys for Plaintiff, Port of Subs, Inc.*

1

THORNTON KOLLER

_____
CHARLES E. KOLLER, ESQ.
2100 Palomar Airport Road, Suite 205
Carlsbad, CA 92011
*Attorneys for Defendants, Tahoe Investments, Inc., Michael Giesler & Michele Giesler*

THE O'MARA LAW FIRM

_____
David C. O'Mara, Esq. (NSB #8599)
311 East Liberty Street
Reno, Nevada 89501
*Attorneys for Defendants, Tahoe Investments, Inc., Michael Giesler & Michele Giesler*

**IT IS SO ORDERED.**

DATED this 27th day of July, 2017.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2